UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:26-cr-38-GAP-LHP
                                                18 U.S.C. § 875(c)
DANIEL COOK                                     (Threat to Injure)
   a/k/a "NeverDead13"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Threat to injure)**

On or about November 7, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DANIEL COOK,
a/k/a "NeverDead13",

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, Victim 1, including a social media message stating "Fuck you, [Victim 1], Omerta, I will kill you. Don't worry, you will die, pig." with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
### (Threat to injure)

On or about December 30, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DANIEL COOK,
a/k/a "NeverDead13",

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, Victim 2, including a social media message stating "[Victim 2]. I'll kill you. Mark my words. You cunt butch [sic]. Fuck you die.", with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

F

GREGORY W. KEHOE
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
February 26

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

DANIEL COOK
a/k/a "NeverDead13"

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true

_____  _____
             eperson

Filed in open court this 18th day

of February, 2026.

_____
Clerk

Bail $_____

GPO 863 526